UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: MACVENN, SHERMAN F | § | Case No. 08-71493 |
| MACVENN, JUANITA | § | |
| ART, CHEROKEE INDIAN | § | |
| Debtor(s) GRIMBORG, JUANITA | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 11/16/2009 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/19/2009        By: /s/JOSEPH D. OLSEN
                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MACVENN, SHERMAN F | § | Case No. 08-71493 |
| MACVENN, JUANITA | § | |
| ART, CHEROKEE INDIAN | § | |
| Debtor(s) GRIMBORG, JUANITA | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $    10,000.26

*and approved disbursements of*     $    6,728.52

*leaving a balance on hand of* [1]     $    3,271.74

Claims of secured creditors will be paid as follows:

*Claimant*                                                        *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,750.03 | $ 355.50 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
                 N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,594.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | ATTORNEY TERRY HOSS | $ 2,075.00 | $ 932.67 |
| 2 | Roundup Funding, LLC | $ 519.59 | $ 233.54 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN
                          Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez                Page 1 of 1                   Date Rcvd: Oct 23, 2009
Case: 08-71493                 Form ID: pdf006              Total Noticed: 33

The following entities were noticed by first class mail on Oct 25, 2009.
db/jdb         +Sherman F MacVenn,    Juanita MacVenn,    3313 1/2 Darwood Drive,     Rockford, IL 61101-2727
aty            +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,     Rockford, IL 61104-2228
aty            +Jeffry A. Dahlberg,    Balsley and Dahlberg, LLP,    5130 N Second St,     Loves Park, IL 61111-5002
aty            +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,     Rockford, IL 61104-2228
tr             +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,     Rockford, IL 61104-2228
12229478       +ACCOUNTS RECEIVABLE MANAGEMENT,    7507 N. Second Street, Unit C,     Machesney Park, IL 61115-2867
12229479       +ASSOCIATED NATIONAL COLLECTION BURE,    5421 N. Second Street,    Loves Park, IL 61111-5010
12229480       +ATTORNEY HERBERT I. GREENE,    401 W. State Street, Suite 600,     Rockford, IL 61101-1228
12229481       +ATTORNEY JF HECKINGER,    401 W. State Street,    Rockford, IL 61101-1248
12229482       +ATTORNEY TERRY HOSS,    P.O. Box 449,    Cherry Valley, IL 61016-0449
12229483        BANK ONE,   Attention: Bankruptcy,    201 N. Central Mail Stop AZ1-1191,     Phoenix, AZ 85004
12229485        DENNIS BREBNER & ASSOCIATES,    860 Northpoint Blvd.,    Waukegan, IL 60085-8211
12229486       +DR. HARRY DARLAND,    2350 N. Rockton Avenue,    Rockford, IL 61103-3689
12229488        KIRBY VACCUME CO. OF ROCKFORD,    5601 Jensen Drive,    Loves Park, IL 61111
12229489       +LAKE SUMMERSET ASSOCIATION, INC.,    Durand State Bank,    P.O. Box 537,    Durand, IL 61024-0537
12229490       +LEASE FINACE GROUP,    233 N. Michigan Avenue, Ste 1,    Chicago, IL 60601-5502
12229491       +MERCHANTS' CREDIT GUIDE CO.,    223 W. Jackson Blvd., Suite 900,     Chicago, IL 60606-6993
12229492       +MUTUAL MANAGEMENT SERVICES,    401 E. State St., 2nd Floor,    P.O. Box 4777,
                 Rockford, IL 61110-4777
12229493       +NCO FINANCIAL SYSTEMS,    507 Prudential Road,    Horsham, PA 19044-2368
12229495        NORTH PARK WATER DISTRICT,    P.O. Box 966,    Roscoe, IL 61073-0966
12229496       +NORTHWEST BANK OF ROCKFORD,    3106 North Rockton Avenue,    Rockford, IL 61103-2800
12229497       +OTTER CREEK UTILITIES,    1284 Lake Sumerset Road,    Davis, IL 61019-9637
12229498       +PERMAR SECURITY SERVICES,    514 Loves Park Drive,    Loves Park, IL 61111-5159
12229499       +ROCK RIVER WATER RECLAMATION DISTRI,    3333 Kishwaukee Street,    P.O. Box 6207,
                 Rockford, IL 61125-1207
12229500       +ROCKFORD MERCANTILE AGENCY,    2502 S. Alpine Road,    Rockford, IL 61108-7813
12229501       +TRI-STATE ADJUSTMENT,    440 Challenge Street,    P.O. Box 882,    Freeport, IL 61032-0882
12229503       +WELLS FARGO BANK,    Attorney Ira T. Nevel,    175 North Franklin Street,     Chicago, IL 60606-1832
12229504       +WINDMILL HILL LLC,    P.O. Box 17,    Davenport, IA 52805-0017

The following entities were noticed by electronic transmission on Oct 23, 2009.
12229484       +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com
                 COMMONWEALTH EDISON COMPANY,    Attention: Credit Department,    2100 Swift Drive,
                 Oak Brook, IL 60523-1559
12229487       +E-mail/Text: bkynotice@harvardcollect.com
                 HARVARD COLLECTION SERVICES, INC.,    4839 N. Elston Avenue,    Chicago, IL 60630-2589
12229494       +E-mail/Text: bankrup@nicor.com                           NICOR GAS COMPANY,    P.O. Box 549,
                 Aurora, IL 60507-0549
12542918        E-mail/PDF: BNCEmails@blinellc.com Oct 24 2009 04:02:53      Roundup Funding, LLC,    MS 550,
                 PO Box 91121,    Seattle, WA 98111-9221
12229502        E-mail/PDF: ucsinc@unitedcreditservice.com Oct 24 2009 04:03:43       UNITED CREDIT SERVICE, INC.,
                 15 North Lincoln Street,    P.O. Box 740,    Elkhorn, WI 53121-0740
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 25, 2009**          **Signature:**  *Joseph Speetjens*